THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Della Ann Frazier, Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-518
Submitted October 1, 2007  Filed November
 9, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General; and Solcitor Warren B. Giese, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM:  Della
 Ann Frazier pled guilty to forgery, no dollar amount, and was sentenced to
 three years.  Pursuant to Anders v. California, 386 U.S. 738 (1967),
 appellants counsel attached a petition to be relieved.  
After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal
 and grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.   
Hearn, CJ.,
 Huff, and Kittredge , JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.